**Electronically Filed
Intermediate Court of Appeals
29382
21-FEB-2014
09:46 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

IN THE MATTER OF UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO, UNION, Petitioner-Appellant,
and NEIL ABERCROMBIE, Governor, State of Hawai'i, HAWAI'I
GOVERNMENT EMPLOYEES ASSOCIATION, AFSCME, LOCAL 152,
AFL-CIO, and KIRK CALDWELL, Mayor, City and County of Honolulu,
UNIVERSITY OF HAWAI'I PROFESSIONAL ASSEMBLY, and
COUNTY OF HAWAI'I (2007-003), Intervenors-Appellees
and HAWAI'I LABOR RELATIONS BOARD, Appellee-Appellee

NO. 29382

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 07-1-1265)

FEBRUARY 21, 2014

ORDER OF CORRECTION
(By: Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Opinion of the Court,
filed on October 30, 2013, is corrected by replacing "HRLB" with
"HLRB" on page 18 at lines 2, 12 and 20 from the top;

IT IS HEREBY FURTHER ORDERED that the second "to" be

---

[1] Nakamura, Chief Judge, Foley and Leonard, JJ.

deleted from the sentence in footnote 6 on page 18.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaii, February 21, 2014.

FOR THE COURT:

Associate Judge